**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ __6th__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: William R. Alvarez_____ JOINT DEBTOR: Luz M. Alvarez_____ CASE NO: 11-41101-JKO____
SS# 2426_____ SS# 7694_____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 60 months:

    A.    $ 1,970.88___ for months _1__ to_57___:
    B.    $ 2,090.54___ for months _58__ to_58___: BOH
    C.    $ 2,838.19___ for months _59__ to_60___: in order to pay the following creditors:

Administrative: Attorney's Fee - $ 9,327.50__ TOTAL PAID $ 1,500.00; Balance Due $ 7,827.50 pay $ 128.11/month (Months 1 to 57 ):pay $ 525.00 /month- Motion to Modify (Months 58 to 58 ) (BOH)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description & Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **GreenTree Servicing, LLC o/b/o Countrywide Home Loans POB 0049 Palatine, IL 60055-0049 Acct#9207** | **Investment Property:** 709 NW 92 Avenue, Plantation, FL 33351 Value: $52,000.00 | 5.25% | $968.00 $1,300.00 $1,380.17 | _1__ To _57__ _58_ To _58 BOH_ _59__ To _60__ | $59,236.27 |

Unsecured Creditors: Pay $ 773.21 /month (Months 1_ to 57__): Pay $ 75.49/month (Months 58__ to 58): BOH; Pay $ 1,200.00/month (Months 59__ to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: ***Debtors will deal with Wells Fargo Mortgage, Acct. #3940), 4101 Weisman Blvd., San Antonio, TX 78251, Welleby Mgmt. Astn., c/o First Southern Bank, POB 668825, Miami, FL 33166 and Westbridge Astn., 10682 NW 32 Pl., Ft. Lauderdale, FL 33351 for the homestead property located at 3212 NW 107 Dr., Sunrise, FL 33351 outside the plan. Debtor will file a Motion to Value and Determine Secured Status of Lien on Real Property located at 3212 NW 107 Dr., Sunrise, FL 33351 in order to avoid the lien held by JP Morgan Chase Bank, (acct. #5926), POB 15298, Wilmington, DE 19850. Debtors parents will continue to pay Revenue Collection Division and Villas de Venecia Condominium Astn, 255 University Dr., Miami, FL 33134 for the property located at 9963 Nob Hill Ct., Sunrise, FL 33351. Debtors will continue to pay Revenue Collection Division and The Colonnades Ast., POB 628207, Orlando, FL 32862 outside the Plan. Debtors son will make payments to Chase (acct. # 3866) POB 15298, Wilmington, DE 19850 on the lease for 2011 Mazda 3 (lease), Debtors' daughter will make payments to Nissan Motor Acceptance (acct. #0001), POB 660360, Dallas, TX 75266 for the 2010 NissanVersa. Debtors shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtor's income or refunds increase, the Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured creditors.***

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_E. Cortes o/b/o William R. Alvarez_____      _E. Cortes o/b/o Luz M. Alvarez_____
Debtor                                       Joint Debtor
Date: 8/24/2016_____        Date: 8/24/2016_____

LF-31 (rev. 12/01/02)